**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL GALLO GIRO CORP., <br><br> Plaintiff, <br> v. <br> HOUSTON CASUALTY CO., and; PROFESSIONAL INDEMNITY AGENCY, Inc. d/b/a "HCC SPECIALTY," <br><br> Defendants. | Case No. 2:12-cv-05422-ODW(JCx) <br><br> **JUDGMENT** |

After consideration of the parties' papers and evidence submitted for Defendants Houston Casualty Co. and Professional Indemnity Agency, Inc.'s converted motion for summary judgment (ECF Nos. 14, 34), and for the reasons discussed in the Court's Order granting summary judgment (ECF No. 38), **IT IS HEREBY ORDERED** that:

1. Plaintiff El Gallo Giro Corp. takes nothing;

2. Judgment for Defendants Houston Casualty Co. and Professional Indemnity Agency, Inc;

3. The Clerk of Court shall close this case.

November 15, 2012

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**